Felony NF

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☒ YES ☐ If the answer is "Yes", list the case number and title of the earliest filed complaint:

**08CR 358**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? NO ☒ YES ☐ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)): **JUDGE MORAN**

3) Is this a re-filing of a previously dismissed indictment or information? NO ☒ YES ☐ If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)): **MAGISTRATE JUDGE GERALDINE SOAT BROWN**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO ☒ YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? NO ☒ YES ☐

6) What level of offense is this indictment or information? FELONY ☒ MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants? NO ☒ YES ☐

8) Does this indictment or information include a conspiracy count? NO ☒ YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

- ☐ Homicide .......... (II)
- ☐ Criminal Antitrust .... (II)
- ☐ Bank robbery ....... (II)
- ☐ Post Office Robbery .. (II)
- ☐ Other Robbery ...... (II)
- ☐ Assault ............ (III)
- ☐ Burglary ........... (IV)
- ☐ Larceny and Theft .... (IV)
- ☐ Postal Embezzlement .. (IV)
- ☐ Other Embezzlement .. (III)
- ☐ Income Tax Fraud .... (II)
- ☐ Postal Fraud ........ (II)
- ☒ Other Fraud ........ (III)
- ☐ Auto Theft ......... (IV)
- ☐ Transporting Forged Securities (III)
- ☐ Forgery ........... (III)
- ☐ Counterfeiting ...... (III)
- ☐ Sex Offenses ....... (II)
- ☐ DAPCA Marijuana ... (III)
- ☐ DAPCA Narcotics ... (III)
- ☐ DAPCA Controlled Substances .. (III)
- ☐ Miscellaneous General Offenses .. (IV)
- ☐ Immigration Laws ....... (IV)
- ☐ Liquor, Internal Revenue Laws ... (IV)
- ☐ Food & Drug Laws ...... (IV)
- ☐ Motor Carrier Act ....... (IV)
- ☐ Selective Service Act ..... (IV)
- ☐ Obscene Mail ........... (III)
- ☐ Other Federal Statutes .... (III)
- ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.

Title 21 U.S.C. § 1344 (bank fraud)

_signature: Felicia Manno Alesia_

Assistant United States Attorney

**FILED**
MAY 06 2008
NF
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**