Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT (

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 05 GJ 294 | DATE | May 6, 2008 |
| CASE TITLE | US v. ANTOINE MITCHELL | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING
### SPECIAL FEBRUARY 2008-1

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge  *Nan R. Nolan*

Docket Entry:

TO ISSUE BENCH WARRANT AND SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

**08CR  358  FILED**

MAY 0 6 2008   NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE MORAN

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

SIGNATURE OF JUDGE _____  (ONLY IF FILED
OR MAGISTRATE JUDGE                            UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#